UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE' KING LEAMONS, II,<br><br>    Petitioner,<br><br>    v.<br><br>TOM L. CAREY,<br><br>    Respondent. | 1:06-CV-0799 OWW SMS HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AN AMENDED PETITION<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(DOCUMENT #7) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 11, 2006, petitioner filed a motion to extend time to file an amended petition pursuant to the Court's order of June 26, 2006.

    In addition, petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

    Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order in which to file his amended petition.

2. Petitioner's request for appointment of counsel is denied.

IT IS SO ORDERED.

**Dated:   July 27, 2006**                              /s/ Sandra M. Snyder
23ehd0                                        UNITED STATES MAGISTRATE JUDGE